**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 25-02821-TOM11** |
| **INDEPENDENT MEDEQUIP LLC et al.,** | § | |
| | § | |
| **Debtors.** | § | **Chapter 11** |

| | | |
|---|---|---|
| **INDEPENDENT MEDEQUIP LLC et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Adv. Proc. No. 26-00006** |
| | § | |
| **KALAMATA CAPITAL GROUP LLC et al.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**JOINT STIPULATION FOR DISMISSAL (pro tanto)**

COME NOW Ameris Bank, misidentified in the Complaint as its division Balboa Capital Corporation (collectively referred to hereinafter as "Ameris Bank") and Independent MedEquip LLC et al., by and through their counsel of record, pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and as incorporated by Rule 7041 of the *Federal Rules of Bankruptcy Procedure*, and jointly stipulate to the dismissal of all claims presented in the above-styled adversary proceeding against Ameris Bank, with prejudice. Ameris Bank, in its loan(s) to the debtor(s), does not have a personal guaranty against Lonnie B. Dorcey, and therefore, should not be subject to the above-styled adversary proceeding. All costs have been paid.

Respectfully submitted March 31, 2026.

Attorney for Plaintiff:

/S/ Stuart H. Memory
Stuart H. Memory
Memory Memory & Causby, LLP
PO Box 4054
Montgomery, Alabama 36103
smemory@memorylegal.com

Attorney for Ameris Bank:

/S/ Stephan A. Ray
Stephan A. Ray
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Post Office Drawer 71727
Albany, Georgia 31793
sray@mcdr-law.com